UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY ROSS AND RODNEY ROSS,<br><br>                                     Plaintiffs,<br><br>v.<br><br>FCA US, LLC.; HADDAD DODGE RAM and DOES 1 through 10, inclusive,<br><br>                                    Defendants. | Case No.:  25-cv-3242-AJB-BLM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE JANUARY 5, 2026 EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>[ECF No. 10] |

     On December 30, 2025, Plaintiffs PENNY ROSS and RODNEY ROSS ("Plaintiffs") filed an *Ex Parte* Application to Continue the Early Neutral Evaluation Conference and the Case Management Conference scheduled for January 5, 2026 at 1:30 p.m. ECF No. 10.

     Good cause appearing, Plaintiffs' *Ex Parte* Application is **Granted** as follows:

1. The Early Neutral Evaluation and Case Management Conferences of your case will be held via **videoconference** on **February 18, 2026** at **9:30 a.m.** before the Honorable Barbara L. Major, United States Magistrate Judge.

2. Each participant should plan to join the Zoom video conference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at

1

25-cv-3242-AJB-BLM

**9:30 a.m.** The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.

3. No later than **February 11, 2026**, counsel for each party **must** send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name, e-mail address, and telephone number of each participant to receive the Zoom videoconference invitation.

4. On or before **February 11, 2026**, the parties **may** submit via email (**efile_major@casd.uscourts.gov**) updated ENE statements directly to the chambers of the Honorable Barbara L. Major.

5. The parties **must** file an updated Joint Discovery Plan on the CM/ECF system no later than **February 11, 2026**.

6. All other guidelines and requirements remain as previously set. See ECF No. 7.

**IT IS SO ORDERED**.

Dated:  12/31/2025

Hon. Barbara L. Major
United States Magistrate Judge