UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY ROSS AND RODNEY ROSS,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC, et al.,<br><br>Defendants. | Case No.:  25-cv-3242-AJB-BLM<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On March 2, 2026, the Court ordered Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute. (Doc. No. 20.) The Court held the show cause hearing on April 16, 2026. (Doc. No. 24.) Plaintiffs did not appear at the April 16 Hearing and did not otherwise respond to the order to show cause. (*Id.*) Accordingly, the case is dismissed without prejudice for failure to prosecute. *See Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) ("The district court has the inherent power *sua sponte* to dismiss a case for lack of prosecution."). The Clerk of Court is directed to close this matter.

**IT IS SO ORDERED.**

Dated:  April 16, 2026

Hon. Anthony J. Battaglia
United States District Judge

1

25-cv-3242-AJB-BLM